**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

*John E. Hoffman, Jr.*
John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 29, 2009**

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: **Ronald D Kovacs** | : | Case No.**09-57157** |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Judge **Hoffman** |

### ORDER DENYING CONFIRMATION AND DISMISSING CASE

The matter before the Court is the proposed confirmation of the Debtor(s)' plan and the Objection to Confirmation filed by the Trustee. The Court finds that the plan is not in posture for confirmation; therefore, the Court hereby denies confirmation and dismisses the Chapter 13 case pursuant to 11 U.S.C. 1307(c).

The Court retains jurisdiction pursuant to 11 U.S.C. §349 to consider administrative matters only, including the allowance of administrative fees and expenses, the disbursement of adequate protection payments pursuant to 11 U.S.C. §1326, and the closing of the case. Any applications for the allowance of administrative expenses, including attorneys and appraisal fees, must be filed within ten (10) days of this date. Any administrative fees charged by the Chapter

13 Trustee which remain unpaid shall be tendered by the Debtor(s) to the Trustee within twenty (20) days of the date of this order.

**IT IS SO ORDERED.**

Serve all parties.

###